UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-121T DATE: June 10, 2005**

**TITLE: USA v. Ricardo Matos, a/k/a...**

**U.S. DISTRICT COURT JUDGE ERNEST C. TORRES**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Angela Reynolds**
**INTERPRETER: Ana-Cecilia Rosado**



IN COU

---

**COUNSEL PRESENT:** Damb
Josep
D

**PROCEEDINGS:** **Senten aring**

**No objections to the PSR. Deft exercises his right of allocution. Counsel make their sentencing recommendations. Counsel address "safety-valve" issue. The Court determines that this deft does not qualify for the safety valve.**

**Court imposes sentence as to the one Count of the Indictment: 63 mos' imprisonment; followed by 3 yrs' supervised release, with special condition: deportation clause. $100 special assessment; a $10,000 fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**